UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| RESTONEY ROBINSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:05CV721 |
| | ) | |
| MRS. OFFICER RACHEL YOUNG, et al., | ) | |
| | ) | |
| Respondents. | ) | |

O-R-D-E-R

On August 17, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Plaintiff's complaint [Pleading no. 1] be and the same hereby is, **DISMISSED** without prejudice because Plaintiff has disobeyed

the provisions of the permanent pre-filing injunction entered against him in No. C-88-898-S.  A judgment dismissing this action will be entered contemporaneously with this Order.

/s/ James A. Beaty
United States District Judge

DATE: December 28, 2005