UNITED STATES DISTRICT COURT
Middle District of North Carolina

RESTONEY ROBINSON,                )
       Petitioner,           )
                                  )
v.                                )    1:05CV721
                                  )
MRS. OFFICER RACHEL YOUNG,        )
et al.,                           )
                                  )
       Respondents.          )

**J-U-D-G-M-E-N-T**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading no. 1] be and the same hereby is, **DISMISSED** without prejudice because Plaintiff has disobeyed the provisions of the permanent pre-filing injunction entered against him in No. C-88-898-S.

                                                          _____
                                                          United States District Judge

DATE: December 28, 2005